# U.S. District Court
## Northern District of Texas (Amarillo)
## CRIMINAL DOCKET FOR CASE #: <u>2:26–mj–00057–BR</u> All Defendants

Case title: USA v. Rousseau

Date Filed: 03/23/2026

Other court case number: 9:26–cr–80016–AHS–3 Southern
District of Florida (West Palm Beach)

---

Assigned to: Magistrate Judge Lee
Ann Reno

**<u>Defendant (1)</u>**

| | | |
|---|---|---|
| **Jordan Rousseau** | represented by | **Cristy J McElroy–FPD** |
| | | Federal Public Defender |
| | | Northern District of Texas |
| | | 600 S Tyler Street, Suite 2300 |
| | | Amarillo, TX 79101 |
| | | 806–324–2370 |
| | | Fax: 806–324–2372 |
| | | Email: <u>Cj_McElroy@fd.org</u> |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Federal Public Defender Appointment* |
| | | *Bar Status: Admitted/In Good Standing* |

**Federal Public Defender – Amarillo**
Federal Public Defender
600 S Tyler Street, Suite 2300
Amarillo, TX 79101
806–324–2370
Fax: 806–324–2372
Email: <u>CJ_McElroy@fd.org</u>
*TERMINATED: 03/23/2026*
*Designation: Federal Public Defender Appointment*
*Bar Status: Not Admitted*

| **<u>Pending Counts</u>** | **<u>Disposition</u>** |
|---|---|
| None | |

**<u>Highest Offense Level (Opening)</u>**

None

| **<u>Terminated Counts</u>** | **<u>Disposition</u>** |
|---|---|
| None | |

**Highest Offense Level
(Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| CMP | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Anna Marie Bell–DOJ** |
| | | United States Attorney's Office |
| | | 500 S Taylor |
| | | Suite 300 |
| | | Amarillo, TX 79101 |
| | | 806–324–2397 |
| | | Fax: 806–324–2399 |
| | | Email: anna.bell@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: US Attorney's Office* |
| | | *Bar Status: Not Admitted* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/23/2026 | 1 | Rule 5 Documents received from Southern District of Florida (West Palm Beach) as to Jordan Rousseau (1). In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements and Judge Specific Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. (mcrd) (Main Document 1 replaced on 3/23/2026) (mcrd). (Entered: 03/23/2026) |
| 03/23/2026 | 2 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Jordan Rousseau. Federal Public Defender – Amarillo for Jordan Rousseau appointed. (Ordered by Magistrate Judge Lee Ann Reno on 3/23/2026) (mcrd) (Entered: 03/23/2026) |
| 03/23/2026 | 3 | ELECTRONIC ORDER SCHEDULING INITIAL APPEARANCE as to Jordan Rousseau: Initial Appearance set for 3/23/2026 11:00 AM in US Courthouse, Courtroom 2nd Floor, 205 S. E. 5th Ave., Amarillo, TX 79101–1559 before Magistrate Judge Lee Ann Reno. (Ordered by Magistrate Judge Lee Ann Reno on 3/23/2026) (mcrd) (Entered: 03/23/2026) |
| 03/23/2026 | 4 | NOTICE OF ATTORNEY APPEARANCE by Cristy J McElroy–FPD (Clerk to Set Designation as: Federal Public Defender Appointment) appearing for Jordan Rousseau (Filer confirms contact info in ECF is current.) (Counsel is served with a copy of the General Order Regarding the Use of Interpreters in Criminal Cases Filed in the Amarillo Division. Clerk to mail a copy to any attorney who does not receive electronic notice of this entry.) (If sealed documents that you are authorized to see were previously filed by U.S. Pretrial Services or U.S. Probation, you will require assistance to gain access to them and any related filings. Please call the clerk at 214.753.2240 |

2

| | | |
|---|---|---|
| | | during business hours to request access.) (McElroy–FPD, Cristy) (Entered: 03/23/2026) |
| 03/23/2026 | 5 | ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Lee Ann Reno: Initial Appearance as to Jordan Rousseau held on 3/23/2026. Date of Arrest: 3/23/2026. Deft first appearance. Deft advised of rights/charge(s). Deft appeared with appointed counsel. Financial affidavit executed. Deft found qualified for court–appointed counsel. Written waiver of hearings entered. Government did not move for pretrial detention. Deft released on terms and conditions set by the Court. Attorney Appearances: AUSA – Anna Marie Bell–DOJ; Defense – Cristy J McElroy–FPD. (No exhibits) Time in Court – :33. (Court Reporter: Digital File) (USPO Rubio Salado.) (mcrd) (Entered: 03/23/2026) |
| 03/23/2026 | 6 | (Document Restricted) CJA 23 Financial Affidavit by Jordan Rousseau (mcrd) (Entered: 03/23/2026) |
| 03/23/2026 | 7 | ORDER ON INITIAL APPEARANCE as to Jordan Rousseau (Ordered by Magistrate Judge Lee Ann Reno on 3/23/2026) (mcrd) (Entered: 03/23/2026) |
| 03/23/2026 | 8 | WAIVER of Rule 5 Hearings by Jordan Rousseau (mcrd) (Entered: 03/23/2026) |
| 03/23/2026 | 9 | ORDER Setting Conditions of Release as to Jordan Rousseau. (Ordered by Magistrate Judge Lee Ann Reno on 3/23/2026) (mcrd) (Entered: 03/23/2026) |
| 03/23/2026 | 10 | Appearance Bond entered as to Jordan Rousseau in amount of $100,000 Unsecured. (mcrd) (Entered: 03/23/2026) |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:26-MJ-00057-BR (1) |
| | § | Charging District: Southern District of Florida |
| | § | Case No. 9:26-CR-80016-AHS-3 |
| | § | |
| JORDAN ROUSSEAU | § | |
| | § | |
| Defendant. | § | |

**ORDER APPOINTING FEDERAL PUBLIC DEFENDER**

It is hereby ORDERED that the Office of the Federal Public Defender is appointed to represent the above-named defendant in this cause for the limited purpose of any hearing conducted in the Amarillo Division for the Northern District of Texas. This appointment shall remain in effect until this matter is transferred to the originating jurisdiction in the Southern District of Florida. The Federal Public Defender's office in Amarillo is located at 600 S. Tyler Street, Suite 2300.

**IT IS SO ORDERED.**

ENTERED on March 23, 2026.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CASE NO. 2:26-MJ-057-BR** |
| | § | |
| **JORDAN ROUSSEAU** | § | |

## ENTRY OF APPEARANCE OF COUNSEL

I hereby enter my appearance as appointed counsel for the above-named defendant in this cause.

I understand that it is my duty to continue to represent the above-named defendant in connection with all matters relating to this case, and in connection with all proceedings therein in this Court; to assist the defendant with any appeal which the defendant desires to perfect, and to represent the defendant on appeal until a final judgment has been entered; unless and until, after written motion filed by me, I am relieved by Order of the Court.

In all cases an arraignment is scheduled promptly after the return or filing of an indictment or information, at which time the defendant must enter a plea. Your attention is directed to Rule 12, Federal Rules of Criminal Procedure, pertaining to pretrial motions.

Respectfully submitted,

JASON D. HAWKINS
Federal Public Defender
Northern District of Texas

/s/ C.J. McElroy
C.J. McElroy
Assistant Federal Public Defender
Texas Bar No. 13581995
600 South Tyler St., Suite 2300
Amarillo, Texas 79101
Tel: (806) 324-2370
Fax: (806) 324-2372

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:26-MJ-00057-BR-1 |
| | § | Charging District: Southern District of Florida |
| | § | Case No. 9:26-CR-80016-AHS-3 |
| | § | |
| JORDAN ROUSSEAU (1) | § | |
| | § | |
| Defendant. | § | |

**ORDER ON INITIAL APPEARANCE**

On today's date, Defendant, JORDAN ROUSSEAU, appeared in person and with appointed counsel before the undersigned United States Magistrate Judge for the purpose of an Initial Appearance in accordance with Rule 5, Federal Rule of Criminal Procedure. The United States appeared by and through the Assistant United States Attorney for the Northern District of Texas.

In accordance with Rule 5, the defendant received a copy of the Indictment filed in the originating cause and acknowledged understanding the charges therein. The defendant was advised of the rights relative to the making and the refusal to make statements that might be used against Defendant and acknowledged understanding such rights. The defendant was further advised of the right to retain counsel and of the right to request the Court to appoint counsel if unable to afford to retain counsel. The defendant acknowledged understanding the right to counsel.

At the hearing, the government did not move for pretrial detention, and the Court finds the defendant should be released on a $100,000 unsecured bond with specific conditions of release. The defendant was advised of the conditions of release and acknowledged understanding such conditions.

The defendant was advised of the right to an Identity Hearing and Arraignment and acknowledged understanding such right.  The defendant waived the right to have the hearings in the Northern District of Texas, reserving the right to have the hearings in the Southern District of Florida.

Defendant, JORDAN ROUSSEAU, is ordered released on bond after processing by the United States Marshal.

**IT IS SO ORDERED.**

ENTERED on March 23, 2026.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE

AO 466A (Rev. 07/16) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 2:26-MJ-00057-BR-1 |
| | ) | |
| JORDAN ROUSSEAU | ) | Charging District's Case No. 9:26-cr-80016-AHS-3 |
| *Defendant* | ) | |

**WAIVER OF RULE 5 & 5.1 HEARINGS**
**(Complaint or Indictment)**

I understand that I have been charged in another district, the *(name of other court)*

SOUTHERN DISTRICT OF FLORIDA                                          .

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)     a hearing on any motion by the government for detention;

(6)     request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐     an identity hearing and production of the warrant.

☐     a preliminary hearing.

☐     a detention hearing.

☒     an identity hearing, production of the warrant, and any ~~preliminary or detention~~ *arraignment* hearing to which I may be entitled in this district. I request that any ~~preliminary or detention~~ *arraignment* hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:     03/23/2026                                    _____
                                                                            *Defendant's signature*

                                                                            _____
                                                                            *Signature of defendant's attorney*

                                                                            C. J. McElee
                                                                            *Printed name of defendant's attorney*

AO 199A (Rev. 06/19) Order Setting Conditions of Release                                     Page 1 of ___4___ Pages

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   2:26-mj-00057-BR-1 |
| JORDAN ROUSSEAU | ) | Charging District: Southern District of Florida |
| *Defendant* | ) | Case No. 9:26-CR-80016-AHS-3 |

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FILED**
MAR 23 2026
CLERK, U.S. DISTRICT COURT
By_____
         Deputy

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:   to be determined
                                                                    *Place*

on _____
                        *Date and Time*

If blank, defendant will be notified of next appearance.

(5)   The defendant must sign an Appearance Bond, if ordered.

9

AO 199B (Rev. 12/20) Additional Conditions of Release                                           Page __2__ of __4__ Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ )  (6)  The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____    Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____    _____
                              *Custodian*                              *Date*

( ☑ )  (7)  The defendant must:
( ☑ )  (a)  submit to supervision by and report for supervision to the   U.S. PRETRIAL SERVICES OFFICE _____ ﹐*Bar*
telephone number      (806) 324-2351    , no later than    24 Hours After Release from Custody   .
( ☑ )  (b)  continue or actively seek employment.                → *West Palm Beach, FL*
( ☐ )  (c)  continue or start an education program.
( ☑ )  (d)  surrender any passport to:      U.S. Pretrial Services Officer _____
( ☑ )  (e)  not obtain a passport or other international travel document.
( ☑ )  (f)  abide by the following restrictions on personal association, residence, or travel:    Travel is restricted to a 100 Mile radius of *Amarillo, TX*
and directly to and from ~~Amarillo, TX~~ for attorney consultations and court appearances except as directed in advance and in writing by the Pretrial Services Officer.
( ☐ )  (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____
_____
( ☐ )  (h)  get medical or psychiatric treatment: _____
( ☐ )  (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
( ☐ )  (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
( ☑ )  (k)  not possess a firearm, destructive device, or other weapon.
( ☐ )  (l)  not use alcohol ( ☐ ) at all ( ☑ ) excessively.
( ☐ )  (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
( ☐ )  (n)  submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
( ☐ )  (o)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
( ☐ )  (p)  participate in one of the following location restriction programs and comply with its requirements as directed.
  ( ☐ )  (i)  **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as directed by the pretrial services office or supervising officer; or
  ( ☐ )  (ii)  **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
  ( ☐ )  (iii)  **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
  ( ☐ )  (iv)  **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
      **Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

10

AO 199B (Rev. 12/20) Additional Conditions of Release                                Page 3 of 4 Pages

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (q)  submit to the following location monitoring technology and comply with its requirements as directed:
      ( ☐ ) (i)  Location monitoring technology as directed by the pretrial services or supervising officer; or
      ( ☐ ) (ii)  Voice Recognition; or
      ( ☐ ) (iii)  Radio Frequency; or
      ( ☐ ) (iv)  GPS.

( ☐ ) (r)  pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☑ ) (s)  report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☐ ) (t)  Defendant shall abstain from the use of any synthetic and/or natural substances to alter mood and/or cognitive ability such as CBD and Hemp oils/products.

(  ) (u) The defendant shall pay all or part of the cost of mental health and/or substance abuse treatment based upon ability to pay as determined by the U.S. Pretrial Services Officer.

AO 199C  (Rev. 09/08) Advice of Penalties                                                      Page ___4___ of ___4___ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year.  This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

    (1)  an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

    (2)  an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

    (3)  any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

    (4)  a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed.  I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

**AMARILLO, TEXAS**
_____
*City and State*

### Directions to the United States Marshal

( ✓ )  The defendant is ORDERED released after processing.
(   )  The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: _____3/23/2026_____          _____
                                        *Judicial Officer's Signature*

**U.S. MAGISTRATE JUDGE LEE ANN RENO**
_____
*Printed name and title*

DISTRIBUTION:   COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
### for the

### Northern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  2:26-mj-00057-BR-1 |
| JORDAN ROUSSEAU | ) | Charging District: Southern District of Florida |
| *Defendant* | ) | Case No. 9:26-CR-80016-AHS-3 |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

**MAR 23 2026**

CLERK, U.S. DISTRICT COURT
By_____
Deputy

## APPEARANCE BOND

### Defendant's Agreement

I, _____ JORDAN ROUSSEAU _____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X )    to appear for court proceedings;

( X )    if convicted, to surrender to serve a sentence that the court may impose; or

( X )    to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(    ) (1)    This is a personal recognizance bond.

( X ) (2)    This is an unsecured bond of $ *100,000.∞* .

(    ) (3)    This is a secured bond of $ _____ , secured by:

    (    ) (a) $ _____ , in cash deposited with the court.

    (    ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    (    ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

13

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1)    all owners of the property securing this appearance bond are included on the bond;

(2)    the property is not subject to claims, except as described above; and

(3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date:    03/23/2026          x _____
                                                *Defendant's signature*

_____          _____
*Surety/property owner – printed name*          *Surety/property owner – signature and date*

_____          _____
*Surety/property owner – printed name*          *Surety/property owner – signature and date*

_____          _____
*Surety/property owner – printed name*          *Surety/property owner – signature and date*

*CLERK OF COURT*

Date: _____

                                                _____
                                                *Signature of Clerk or Deputy Clerk*

Approved.

Date:    03/23/2026                    U.S. MAGISTRATE JUDGE LEE ANN RENO
                                                *Judge's signature*

14